

# Fourth Court of Appeals
## San Antonio, Texas

June 23, 2021

No. 04-21-00133-CV

**IN THE INTEREST OF I.P.S., E.E.S., CHILDREN,**

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-PA-01363
Honorable Richard Garcia, Judge Presiding

# O R D E R

On May 28, 2021, we abated this appeal to the trial court to appoint appellate counsel for appellant, C.P. We received a supplemental clerk's record on June 22, 2021, which contains an order appointing appellate counsel, Shawn Sheffield, to represent C.P. in this appeal.

It is therefore ORDERED that this appeal is REINSTATED on the docket of this court and that appellant's brief is due on or before **July 13, 2021**. Given the time constraints governing the disposition of this appeal, further requests for extensions of time will be granted only under extenuating circumstances. *See* TEX. R. JUD. ADMIN. 6.2.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of June, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court